*George I. Bechtel et al.* v. *Brittain M. Cutter et al.* G. A. Shufeldt and J. Holmes, for complainants; C. O'Connor, for defendants. The chancellor refused to appoint a receiver as to assigned property upon a creditor's bill, where the defendant and the assignee swore that the whole of the assigned property was not sufficient to pay the debts for the security of which it was assigned, and that there was no intention to defraud creditors.

Receiver on creditor's bills.

The application was made before the defendants had answered.

Order appealed from affirmed, but without prejudice to right to renew application after the putting in of the answers.